UNITED STATES of America, Plaintiff–Appellee

v.

Rigoberto LOPEZ–GOMEZ, Defendant–Appellant.

No. 09–50827
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 26, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Daniel Salvador Gonzalez, El Paso, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rigoberto Lopez–Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez–Gomez has not filed a response. He recently has been released from imprisonment and removed from the United States.

Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, coun-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.